UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-6666-JLS (KS)                                                                 Date: February 20, 2024

Title   <u>Rosa Leon v. Kilolo Kijakazi</u>

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

      On August 15, 2023, Plaintiff, represented by retained counsel, filed a Complaint under 42 U.S.C. § 405(g) for review of an adverse disability ruling by the Social Security Administration ("Complaint"). (Dkt. No. 1.) On December 21, 2023, Defendant filed an Answer to the Complaint with the Certified Administrative Record. (Dkt. No. 11.) Under the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) ("Supplemental Rules"), Plaintiff's Brief was due "within 30 days after the answer [was] filed," i.e., on January 22, 2024. (Supplemental Rule 6.) More than three weeks have passed since the deadline to file Plainitff's Brief, and Plaintiff has not done so.

      Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Therefore, Plaintiff is **ORDERED TO SHOW CAUSE on or before March 21, 2024**, why the Court should not recommend that this action be dismissed for the failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file Plaintiff's Brief and a declaration signed under penalty of perjury showing good cause for the failure to file the brief timely; or (2) Plaintiff's Brief. Alternatively, if Plaintiff does not wish to pursue this action, she may file a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 23-6666-JLS (KS)                                         Date: February 20, 2024

Title      *Rosa Leon v. Kilolo Kijakazi*

    **Plaintiff is advised that the failure to timely comply with this order may result in a recommendation of dismissal pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |